IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Barrett, William Bradsford, | ) | |
| George Chambers, James Chisolm, | ) | |
| Louis Dannecker, Ronald DeLong, | ) | |
| Trenton Doane, Robert Durr, Dana Gabel, | ) | |
| Joseph Giacomin, Della Hamill, Ralph Itzo, | ) | |
| Charles Kiehl, Leroy Miller, Virginie | ) | |
| Ravareau, Leendert Ringlever, Nizam Shaikh,) | | |
| Frank Snyder, John Wagle, III, James West, | ) | |
| Melvin Wilkerson, Dorothy Williams, Terry | ) | |
| Wood, Ronald Zinski, and Joseph | ) | |
| Zolkowski | ) | |
|      Plaintiffs, | ) | |
| | ) | |
|     vs. | ) | Civil Action No. 4-608 |
| | ) | |
| Viacom, Inc., successor by merger to | ) | |
| CBS Corporation, formerly known as | ) | |
| Westinghouse Electric Corporation | ) | |
| | ) | |
|     Defendant. | ) | |

AMBROSE, Chief District Judge

## ORDER OF COURT

AND NOW, this 12th day of February, 2009, Defendant's Corrected Motion for Summary Judgment as to the Claims of Virginie Ravareau (Docket No. [52]) is DENIED as moot in light of the Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(ii) filed at Docket No. [97].  It is further ORDERED that the Defendant's Motion for Summary Judgment as to the Claims of Ralph Itzo (Docket No. [85]) is DENIED as moot in light of the Order filed at Docket No. [109].

BY THE COURT:

/s/Donetta W. Ambrose
    Donetta W. Ambrose,
    Chief U.S. District Judge