IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Barrett, James Chisholm, Ronald DeLong, Robert Durr, Dana Gabel, Joseph Giacomin, and Leendert Ringlever, <br><br> Plaintiffs, <br><br> vs. <br><br> Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, <br><br> Defendant. | Civil Action No. 4-608 |

AMBROSE, District Judge

## OPINION
### and
### ORDER OF COURT

Defendant has filed a Motion for Summary Judgment (Docket No. [201]) seeking the entry of summary judgment in its favor on Plaintiffs' claims based, in part, upon the untimeliness of the claims. Again, the Defendant's arguments in this respect echo those set forth on behalf of the Defendant in the Albright v. Viacom, 4-609 (W.D. Pa.) (Ambrose, J.) litigation. Similarly, the arguments raised on behalf of Plaintiffs echo those raised on behalf of the Plaintiffs in that same litigation. Given the similarity of arguments, and for the sake of brevity and the conservation of judicial resources, I will adopt the Opinion and Order set forth in the Albright v. Viacom, 4-609 (W.D. Pa. (Ambrose, J.) litigation disposing of the Motion for Summary Judgment as though it were set forth herein fully and at

length.

Accordingly, on this 24th day of June, 2010, the Defendant's Motion for Summary Judgment (Docket No. [201]) is GRANTED.

BY THE COURT:

/s/Donetta W. Ambrose
  Donetta W. Ambrose,
  U.S. District Judge